# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 25, 2011

142987

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

MICHAEL STALEC and VONDA STALEC,
      Plaintiffs/Counter-Defendants-
      Appellees,

v

DONALD STEPHENS and
KARI J. STEPHENS,
      Defendants/Counter-
      Plaintiffs-Appellants,

and

ANDY K. ST. DENIS and SHERRY A.
ST. DENIS,
      Defendants/Counter-Plaintiffs.

SC: 142987
COA: 295656
Kent CC: 07-008239-CH

_____/

On order of the Court, the application for leave to appeal the March 17, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 25, 2011

Clerk

p0718